*E-FILED - 6/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY STEWART MILLER,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL L. FRIEDMAN, et al.,<br><br>    Defendants. | No. C 06-3551 RMW (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

Good cause appearing, defendants'[1] request for an extension of time in which to file a dispositive motion is GRANTED.  Defendants shall file a dispositive motion in conformity with the order of service in this matter, within **60 days** of the date this order is filed.  All other provisions of the order of service not inconsistent with this order remain in effect.

IT IS SO ORDERED.

DATED: __6/6/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] Defendant Dr. Krietler has not been served because he is, according to the California Attorney General, deceased.

Order Granting Extension of Time
P:\pro-se\sj.rmw\cr.06\Miller551eot     1

Order Granting Extension of Time
P:\pro-se\sj.rmw\cr.06\Miller551eot            2