***E-FILED - 4/24/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAY STEWART MILLER, | ) | No. C 06-3551 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL L. FRIEDMAN, et al., | ) | |
| Defendants. | ) | |

The court has dismissed all claims without prejudice as to the remaining defendant, Dr. Krietler.  Judgment is entered in favor of defendants and against plaintiff.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: __4/24/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Miller551jud.wpd        1